[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13039

Non-Argument Calendar

_____

BRIAN JAMES ALBERT,

Plaintiff-Appellant,

*versus*

LINCOLN BANCORP,
LINCOLN SAVINGS BANK,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-04409-SCJ

2                    Opinion of the Court                    24-13039

_____

Before WILSON, JORDAN, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Brian Albert appeals from the district court's April 9, 2024, order denying his motions for appointment of counsel and to stay the proceedings as well as the August 27, 2024, order denying his motion for reconsideration of that and other orders.

We lack jurisdiction over this appeal because the district court's orders are not final and appealable. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). Those orders did not end the litigation on the merits because Albert still has claims pending before the district court. *See CSX Transp., Inc.*, 235 F.3d at 1327. The orders also do not fall under the collateral order doctrine, and the court did not certify them for immediate review. *See Hodges v. Dep't of Corr., State of Ga.*, 895 F.2d 1360, 1361-62 (11th Cir. 1990) (denial of counsel); *Plaintiff A v. Schair*, 744 F.3d 1247, 1252 (11th Cir. 2014) (denial of a stay); 28 U.S.C. § 1292(b); *Microsoft Corp. v. Baker*, 582 U.S. 23, 29 (2017).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.